1  KEVIN V. RYAN  (CSB 118321)
   United States Attorney
2  JAY R. WEILL  (CSB 75434)
   Chief, Tax Division
3  THOMAS MOORE  (ASB 4305-T78O)
   Assistant United States Attorney
4    10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102
     Telephone: (415) 436-6935
6
   Attorneys for the United States of America
7
           IN THE UNITED STATES DISTRICT COURT FOR THE
8
                 NORTHERN DISTRICT OF CALIFORNIA
9
                     SAN FRANCISCO DIVISION
10

| UNITED STATES OF AMERICA and GREGORY L. TILLERY, Revenue Officer, | ) ) ) | Case No. C-06-4412-BZ |
|---|---|---|
| Petitioners, | ) ) | |
| v. | ) ) | REQUEST FOR DISMISSAL |
| ELIZABETH M. CARROLL, | ) ) | AND ORDER THEREON |
| Respondent. | ) ) | |

On July 21, 2006, this Court entered its Order To Show Cause re Enforcement of Internal Revenue Service Summons in this matter.

The order was served on the respondent who then appeared before petitioner Gregory Tillery and complied with the summons.

Because Respondent has complied with summons, the United States of America asks that this matter be dismissed with prejudice.

                           Respectfully submitted,

                           KEVIN V. RYAN
                           United States Attorney

                           /s/ Thomas Moore
                           Assistant United States Attorney
                           Tax Division

**IT IS SO ORDERED.**

ORDERED this 15 day of September, 2006 at San Francisco, California.

Order to Show Cause is Discharged

                           _____
                           UNITED STATES MAGISTRATE JUDGE